AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Tyler Sebastian Haway, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  0:14-cv-00534-TMC |
| Ralph Evans; Rick Clark; Mary Hammond; Drew Sisco; Katherine Vissage; and Pickens County Law Enforcement Center, | ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Tyler Sebastian Haway, shall take nothing of the defendants, Ralph Evans, Rick Clark, Mary Hammond, Drew Sisco, Katherine Vissage, and Pickens County Law Enforcement Center, as to the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted plaintiff's motion to dismiss without prejudice.

Date:   March 3, 2015                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                         s/G. Mills
                                                                        *Signature of Clerk or Deputy Clerk*